**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Luckeyia Polk–Murry** | Social Security number or ITIN  **xxx–xx–2968** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **18–09377**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luckeyia Polk–Murry
dba Lucky Fantasy Events

July 17, 2018

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-09377-LAH
Luckeyia Polk-Murry                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: admin           Page 1 of 2              Date Rcvd: Jul 17, 2018
                             Form ID: 318          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db         +Luckeyia Polk-Murry,    15507 Clifton Park Ave.,   Markham, IL 60428-3827
tr         +Barry A Chatz,    Saul Ewing Arnstein & Lehr LLP,   161 North Clark Street,    Suite 4200,
             Chicago, IL 60601-3316
26602654   +Advocate Medical Group,    676 N. St. Clair St,   Chicago, IL 60611-2923
26602655   +Anthony L. Murry,    15507 Clifton Park Ave.,   Markham, IL 60428-3827
26602656   +Bay Area Credit Services,    1000 Abernathy Rd. NE,   Atlanta, GA 30328-5606
26602658   +CCI,   1835 Central Ave.,   Augusta, GA 30904-5734
26602659   +CitiMortgage, Inc.,    Po Box 6243,   Sioux Falls, SD 57117-6243
26602662   +Creditors Discount & Audit Co.,    415 Main St.,   Streator, IL 61364-2927
26602663   +Daniel T. Weber MD SC,    d/b/a Integrity Orthopedics,    Po Box 609,   Matteson, IL 60443-0609
26602665   +Fed Loan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
26602666   +Illiana Financial Cred,    1600 Huntington Dr.,   Calumet City, IL 60409-5404
26602667   +Illinois Collection Service,    Po Box 1010,   Tinley Park, IL 60477-9110
26602670   +Linebarger Goggan Blair & Sampson LLP,    Po Box 06140,   Chicago, IL 60606-0140
26602671   +Merchants Credit,    223 W. Jackson Blvd.,   Suite 700,   Chicago, IL 60606-6914
26602672   +MidAmerica Orthopaedics SC,    Po Box 1025,   Bedford Park, IL 60499-1025
26602673   +Morraine Valley,    9000 College Pkwy.,   Palos Hills, IL 60465-1444
26602674   +National Recoveries, Inc.,    Po Box 120666,   Saint Paul, MN 55112-0022
26602677    Square One Financial/Cach Llc,    Po Box 5980,   Denver, CO 80127
26602680   +Tax Accountants, Inc.,    15255 S. 94th Ave.,   Suite 500,   Orland Park, IL 60462-3895
26602681   +Us Dept Ed,    Ecmc/Bankruptcy,   Po Box 16408,   St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BBACHATZ Jul 18 2018 05:28:00      Barry A Chatz,    Saul Ewing Arnstein & Lehr LLP,
             161 North Clark Street,    Suite 4200,   Chicago, IL 60601-3316
26602657   +EDI: CAPITALONE.COM Jul 18 2018 05:28:00      Capital One,
             Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
26602660   +EDI: CONVERGENT.COM Jul 18 2018 05:29:00      Convergent Outsourcing, Inc.,    800 SW 39th St.,
             Renton, WA 98057-4975
26602661   +EDI: RCSFNBMARIN.COM Jul 18 2018 05:28:00      Credit One Bank,    Po Box 98872,
             Las Vegas, NV 89193-8872
26602664   +E-mail/Text: admin@fcs2collect.com Jul 18 2018 01:59:05      Falls Collection Svc, Inc.,
             N114 W19225 Clinton Dr.,    Germantown, WI 53022-3015
26602668   +E-mail/Text: rev.bankruptcy@illinois.gov Jul 18 2018 01:56:45
             Illinois Department of Revenue,    Po Box 64338,   Chicago, IL 60664-0291
26602669   +EDI: CBSKOHLS.COM Jul 18 2018 05:28:00      Kohls/Capital One,    Kohls Credit,   Po Box 3043,
             Milwaukee, WI 53201-3043
26602675   +EDI: NAVIENTFKASMSERV.COM Jul 18 2018 05:28:00      Navient,    Po Box 9500,
             Wilkes Barre, PA 18773-9500
26602676    EDI: PRA.COM Jul 18 2018 05:28:00      Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
             Norfolk, VA 23541
26608422   +EDI: RMSC.COM Jul 18 2018 05:28:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
26602678   +EDI: RMSC.COM Jul 18 2018 05:28:00      Synchrony Bank/PayPal Cr,    Attn: Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
26602679   +EDI: RMSC.COM Jul 18 2018 05:28:00      Synchrony Bank/Sams,    Attn: Bankruptcy,   Po Box 965060,
             Orlando, FL 32896-5060
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Jul 17, 2018
                              Form ID: 318             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:

```
            Barry A Chatz    barry.chatz@saul.com,
             bchatz@ecf.epiqsystems.com;jurate.medziak@saul.com;becky.sutton@saul.com;irsiabc@aol.com;IL98@ecf
             cbis.com
            Joseph S Davidson    on behalf of Debtor 1 Luckeyia  Polk-Murry jdavidson@sulaimanlaw.com,
             courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
             mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```